UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASIMIR GRIFFIN,

Plaintiff,

-against-

ORANGE COUNTY COURTHOUSE ENTIRELY; ORANGE COUNTY STAFF; ORANGE COUNTY JAIL MEDICAL; ALL KNOWN AND UNKNOWN 1-150; ORANGE COUNTY JAIL; ORANGE COUNTY PROBATION DEPARTMENT; MONTEFIORE ST. LUKE'S CORNWALL; RESTORATIVE MANAGEMENT,

Defendants.

25-cv-6303 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 8, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 2, 2028
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge